FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
03/29/2021
JEFFREY P. COLWELL, CLERK

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

AURELIO GALINDO

_____, Plaintiff

v.

DAISY LANE DAIRY INC. c/o

_____,

Dennis Willbert Koolstra

_____,

_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B: Do not include addresses here.)*

## EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

AURELIO GALINDO                                            Tehuacan,Puebla.
Privada 5 de Febrero # 607 San Lorenzo Teotipilco 75855   Mexico.

(Name and complete mailing address)
Home phone: + 52 238 1371 3321:+52 238 37 13321 : +52 238 189 8696.
E-mail : jamilt07@icloud.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Daisy Lane Dairy Incorporation. 44500 cr 13 Cope CO 80812.

(Name and complete mailing address)
Phone  970-630-9032

E-mail: daisylanedairy@plainstel.com
(Telephone number and e-mail address if known)

Defendant 2:  Dennís Willbert Koolstra. 44500 cr 13 Cope CO 80812.

(Name and complete mailing address)
Phone  970-630-9032  E-mail: daisylanedairy @ plainstel.com

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

x

  Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq.
  (employment discrimination on the basis of race, color, religion, sex, or national origin)

x

  Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment
  discrimination on the basis of a disability)

x

  Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq.
  (employment discrimination on the basis of age)

  Other: (*please specify*) _____

2

**D.  STATEMENT OF CLAIM(S)**

State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."

CLAIM ONE: Title VII Discrimination,Hostile Work Environment,Retaliation.

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire    x  different terms and conditions of employment

_____ failure to promote    _____ failure to accommodate disability
x  Constructive Discharge
_____ termination of employment   x  retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_____ race    x religion    x national origin    _____ age

_____ color    x sex    _____ disability

Supporting facts:
I am a man my natural origen is Mexican citizen,my religion is Catholic Jesuit where I came from my profession is Bachelor Veterinary Medicine.
My job is the health of the ruminants in Daisy Lane Dairy Inc. Treat the sick and try to return to production of Milk Antibiotics Free Treat the sick calf try to get Respiratory System Free of Diseases for develop a body free of sickness and wait a Excellent Production when will be a healthy heifer and cow.Microbiologist Expertise with experience in Clinic Diseases on the ground in Ruminants. I am good at this job and I am with the higher qualifications to do the Job.The letters of work for non immigrant to the American Embassy support this and my degree in Bachelor Veterinary Medicine for the Benemerita Universidad Autonoma de Puebla.(See letters of work and Degree BUAP).

3

D.- Statement of CLAIMS. Claim ONE.TITLE VII.

2014,2015 and 2016 we the people took off of bankrupcy and send the
Daisy Lane Dairy Inc. to better positions.Low mortality higher viaility
better development of the heifers.The people working under to be exhausted
begining 6 am ending 20:30 hours -14:30 hours of job- that is the way the
company need our sacrifice to be the best.
          The First Make Mistake in Daisy Lane Dairy.
     The Manager Salvador Ramos boss of Milkers and the General Manager
Freddy Montes has been a large history of sexual abused,sexual misconduct
in Daisy Lane Dairy Incorporation.By the summer 2016 Daisy Lane Dairy Inc.
hired Jose Janer.Strong character man but with inexperienced in People
Managment on the ground.Dennis hired Females to begin judgment of Heifers
and cows to cover the deficiences of the old Manager Freddy Montes.The Females
begin to learn all the things begin to cover the Days off in the Hospital.
Dennis give fire to the Manager of the Hospital on July 10 2017.Jose Janer
fired him fired Rene Otero with out explanation.Jose Janer under order of Dennis
Koolstra ask me whom will be my Assistance put me the wife of Servin and one
lady called ARACELY ESTRADA MADRID. I selected ARACELY ESTRADA.Working in the
Hospital I got sick in July 31.Jose Janer Reject the payments for the Clinic
arguing he do not have authorization to pay sick.Bring me to the Hospital
OSCAR NEVAREZ in this days trying Oscar take a position like SUPERVISOR OF
HIFERS  HERD MANAGER.Dennis and Jose give the position to him. He got it
$ 10,000.00 of income more at year.The comunication vertical was good from
   Dennis vertical with JOSE JANER. But the Horizontal communication become bad.
Jose Janer frecuently lyin with the people.Dennis and Jose suffered a outbreack
of Mycoplasma Bovis because the bad managment in sanitization and detection
of positives heifers and cows in the HEARD. Jose Janer stop the desinfection
procedures of Mycoplasma in the Hospital,Mad Dennis begin to Sell all the
positives cows and heifers with out control. Dennis order to Jose Janer
reject me of the HOSPITAL in December 13 2017. Jose Janer and Me have a different
point of view he are a weak in MANAGMENT I said his weakness and RETALIAT ME
under the order of Dennis Koolstra;Mad because I do not acept hes cahnges said
changes send  me to the must unpleasent job in WINTER take care of the pen of
calving cows and the baby calf around 0 to 14 paritycows/day around 70 parity
cows/week.
Dennis Jose Janer and Me under my claim of bad Managment of Jose Janer
said " all the orders that Jose give to you are mine, I decided give the
opportunity to be MANAGER of the HOSPITAL not you but ARACELY ESTRADA MADRID"
Aracely has 10 years of experience in YUMA DAIRY INC. and in 10 years she
never have a opportunity for get it a better job.I selected her because she
said all the thingss that shee see. I do not any body that doing the same"
repeat I do not know any body to do the same thing that she did-said Dennis
Koolstra.
     The calfs born -do not make mistake do your job said Dennis Koolstra-
you need to review each cow that calve, going to put Bicarbonate Salt on the
pens and clean the Beds of the Pen 1 and 2 with a skids deer.Make not mistake.
Freeze, under snow the cows calveon the earth under the must DIFFICULT AND
UNPLEASEANT ENVIRONMENTAL CONDITIONS .I make not mistake support this kind of
slavery conditions from 6 am to 6 pm from december 13 2017 to the Spring 2018.
Dennis Fire JOSE JANER.
But Jose Janer put the seed of RETALIATION in Dennis Koolstra whom has been
retaliated against me since the day in when Jose tell me " I AM GOING TO TAKE YOU
OFF OF THE HOSPITAL, BECAUSE ARACELY IS BETTER THAN YOU SHE UNDERSTAND ME AND
DENNIS LIKE ARACELY NOT YOU".

D.Statement of Claim.Claim One Title VII.

Constructive Discharged.Termination of Employment.

February 16 2018 under my vacations in one day —because the bad
managment of Jose Janer with the people-Jose suffer the LAID OFF of
4 people all asigned said assigned to feed 200-300 baby calves with
milk 2 times a day and feed pellets,green feed,dry feed vaccines.
When I came back Dennis said: " welcome Aurelio we miss you".

Dennis Koolstra decide QUIT the Development of CALVES in Daisy Lane Dairy.
arguing  that we can not found people to want to work in Daisy Lane Dairy.
This is Laid Off.The Department that I help grow up Disappears has gone.
Now send me under the order of Aracely Estrada Madrid now THE NEW MANAGER
OF VETERINARY HOSPITAL,PEN 9 or calved cows and CALVING arguing she do not
have people for the department of SICK COWS.
April 2018 I give notice to Dennis  that some body are harrasing me in my
identity pilfering paswords and usernames credit cards in my home and are
begin to affected my relationship with the other employees of Daisy Lane
one partner said Aurelio you going to claim against some body whom stolen
your identity? I said yes I going to!.
Dennis Contracted the 3th Managar MITCH .Respectful person kindly
managment people in the best manner.I expose to him and the partners of
DLD included Dennis Koolstra that my Lawyer THIMOTTY want to talk with
Dennis about BEGIN THE PROCESS FOR MY RESIDENCE BASED WORK FOR GET A GREEN
CARD.Make mistake pass one day, two I ask MITCH what is the response of my
proposition? He said Dennis Do not wanto to hear nothing about your petition.
I said Dennis promise me when I apply for the position of MANAGER OF THE
DAIRY COWS.Mitch said  Dennis has been SELECTED  GABRIEL GAMBOA is new
manager.And my Lawyer? Mitch said Dennis do not want to talk with him and
respect to your Identity theft please He do not want to hear nothing about
this is some thing personal.
Mitch have experience Managment people but do not cows.Mitch was owner
before.Used Daisy Lane Dairy to get surgery for hes wife and son or dausghter
make propositions to inscriptions in A INSURANCE COMPANY that we need to paid
$ 340.00 a month at the end MITCH QUIT in June 2019.
July 2019 Dennis HIRED the 4th. MANAGER whom go directly with only talk
with the persons that were of persons of interest for Dennis.
Dennis in April 2019 contracted LUIS assistant of Aracely.Make strong
relationship Aracely the boss,Luis Assistant of Aracely the new Manager
JOAN SIERRA CBJA persons of interest because he came with a GREEN CARD READY
Dennis promise "never pay for anything about IMMIGRATION" reject my
proposition to talk with my lawyer THIMOTY said Dennis do not want to help you
for get it your Green Card because Dennis begin to ,needs to begin the long
process.Discrimination for Mexican origen,discrimination for sex preference
to female preference,that is a CONSTRUCTIVE  DISCHARGE that ending the
January 24 2020 the day when IER recieve myclaim in the Department of Justice
this day Aracely Estrada Madrid confirm the criminal association with Identity
theft Young Team whom pilfering in my home and with this team and Aracely
building a DEFAMATION charge.Aracely rest the January 25 2020 .I take the shift
I travel for foods to Fort Morgan and my truck Suzuki has broken.I send
message JOAN SIERRA.I can not can go to work. Joan never respond.I go to work
the January 27 2020. For the 3th Time Aracely harras me I go with JOAN and said
I tell you before that any body must harras me again and Aracely DID  with
Oscar Nevarez for the 3th time. I need to go see you in the COURT.

D. Statement of Claim.Claim One Title VII.
The January 27 2020 I work in the Hospital milking sick cows.Aracely
have working at my side other person whom said " I came for your job".
He is contracted at the same time with the Manager Joan Sierra Ceja.

Description of the Hostile Work Environment FACTS.

The hostile severe actions are:
Defamation. Aracely Estrada talk with Mitch in front of other team
said: " This oldy persons are crazy always are talking about identity
theft, always talk about a neighborhoods younger persons whom are my
friends.He is crazy".
In 3 diferent times she harras me said I am a oldy and crazy person and
always since Jose Janer prefer her to talk with her.Jose milking sick
cows send a supervisor whom said to me " please you do not talk with
Jose directly I am the supervisor and I tell you that you need to talk
with Oscar Nevares; he is the person to will talk with you do not talk
  Jose and do not talk with Aracely.Immediataly change and talk with
Aracely said: " I prefert talk with you You are very intelligent you can
listening me. This persons talk a lot with Dennis this morning.I can not
remenber the name of this person whom have 75 years old.
    The next day this Supervisor came at my side.One cow laid on the ground
I took the skids deer machine for pick & up the cow;he said- please
let me take the skids deer let me drive. I let him work.He take a lot of
time to pick&up the cow and the cow hit the floor so many times;he never
can pick&up the cow;is too late I said the cow has been broken the leg".
I pick&up the cow later we need to euthanize her because it injured leg.
This perversive way of difamation because all the people talking about
me The sexual abuser Salvador Ramos said me  " falling soldier", Aracely
"crazy" "viejo and other bad words",lier-when she are contracted illegal-,
included lazy,Jose Janer call me inexpert " is better Aracely female".
Dennis Koolstra said " all the orders you need to complete are mine ",
" Aurelio only do your job, I prefer Aracely always said some thing that
any body can said before. I trust in her".
Mitch said "Dennis prefer do not know nothing about you I do not why?"
Micht has the second manager to know about the harras I suffer because
the only persons who know about my Email Iztapopo0110@outlook.com
was him and Dennis Koolstra in April 2019.The perversive harras has been
directly for the owner Dennis Koolstra followed for his managers since
october 2017,difamation in DAISY LANE DAIRY,TARGETED me for all the actions
writed above before for my SEX MALE with character because I talk directly
and honestly to the persons with out hypocresy.Targeted me too for my
RELIGION I am a Catholic Jesuit believer deeply in Jesuscrist and the poor
and Justice of God in the earth.Targeted me because my NATIONAL ORIGEN
llegal non immigrant Mexican citizen.
Discrimination me for be MALE, a man prefered other in the JOB whe I teach
them: Aracely took Manager in Hospital when I work 4 years before.
Gabriel Gamboa took the position of MILKING MANAGER when I apply for this
position.Oscar Nevarez took the position of MANAGER ASSISTANCE for the
heifers when I began to creat the HEALTH SYSTEM FOR HEIFERS.
Dennis targeted too other persons become Constructive Discharge with
the developmento of psycologic problems like always mad,broken all at him
way,depression,diabetes with use insuline or other suffer accident and
broken his head with a metal hiting his head never be the same person lost
memory,lost trust in him-self.

D. STATEMENT OF CLAIM(S).

CLAIM TWO. THE AGE DISCRIMINATION IN EMPLOYMENT ACT of 1967.

Because of my Age 64 years old I believe Daisy Lane Dairy made Discriminatory conduct as follow:

I was born January 08 1956
I made claimant with the Defendant in diferents times;
2015 MAanager Rene Otero harras me because I was lazy and old.
December 1¤3 sai 13 2017 in front Jose Janer about failure to my promotion in Veterinary Hospital preference Aracely Estrada M.
January 2019 Dennis Willbert and partners and Mitch General MAnager about my IMMIGRATION AND PROMOTION STATEMENT with GREEN CARD.
DLD reject my proposition to talk with my Immigration lawer.
Daisy Lane Dairy Dennis Willbert Koolstra contracted 4 managers the last JOAN SIERRA CEJA since friday August 2019 harras me in diferent times:
a.- AUgus 9 2019. Said 45 samples of 40 are contaminated.
b.- I has been in charge since August 02 2019 in the hospital he said I made bad cleaning that is the reasons begin the Outbreak of Mycoplasma Bovis. Call me over 24 minutes stoping my Job.Never came to the time I cover vacations.All has been cleaned but he believed in LUIS a person contracted for Dennis Willbert Koolstra like Assistant of Aracely.When I take my day off Joan do not let me rest.
c.- Wednesday 07/August/2019. Make work alone from 6 am to 23 hrs. milking and treat alone by my self 48 cows of pen 98 fresh cows and 48 cows of pen 99 Mastitis cows.But let me work alone but took pictures ARTURO RAMOS son of SALVADOR RAMOS .This young person make works with the conflictive person called LUIS.Luis and Joan Sierrra said them has been cleaned and treated cows and is a lie. I did± alone.
The Saturday 10 2019 Joan Sierra Ask LUIS if every things is OK ¨and LUIS contracted for Dennis Willbert Koolstra said " YO NO QUIERO TRABAJAR CON ESTE SENOR NO ME QUIERE ENSENAR A VER DONDE LO MANDAN PERO YO NO LO QUIERO MAS EN EL HOSPITAL".This day he go back home 13.00 let me milking 98 and 99 ₐlone again.
I milking again alone Monday 12 August 2019. Luis is gone home.I state alone from 6 am-12:00 am we dry 60 cows. FRom 14:00 o 15:30 drying 6 people.I begin milking and ending 18:00 alone.
-DISCHIMINADO August 15 2019 I believe Dennis Koolstra has put me at side. Said " in the Veterinary Hospital does not exist BOSS"-arguing CONSTRUCTIVE DISCHARGE from my before position.
-Daisy Lane Dairy contract a new person in CALV DEPARMENT named LEOBARDO MACHADO.Immediaѕaly works together LUIS JOAN ARACELY LEOBARDO Is August 15 2019.
-This is Vacations time of Aracely. The Difamation is completed. When she is in vacations a lot of Harrasment happen in the Farm and Out the Farm because the Identity Theft case 2018 and 2019 year.
-SUNDAY AUGUST 18 2019 came of vacaⱅions Aracely Estrada.
this day said JOAN for 24 minutes " you has been created the Mycoplasma Outbreak in DAISY LANE DAIRY you must talk in front of all the people that you has not recieved help". I said I do not going to hear another lie or harasment of any body included you under order of Dennis Willbert Koolstra.The last harrasment happen the 27 of January 2020.Be quit I gone with the Dennis Koolstra and gone.

D. STATEMENT OF CLAIM.

CLAIM THREE. Americans with Disabilities Act of 1990 ( ADA ) as amanded in Violations of the ADA.

December 07 2019 treating cows one hit my right hand and broke one finger. I said Dennid Koolstra teat me first aid Ms Jennifer come back to work. All the week working with this conditions but theDecember 14 2019 one person have a near miss and my finger broken for second time. Monday 15 2099 2019 Dennis willbert send me to look for attention. I try to fixed the Workers Compensation with Janet Lee but closed always never can talk with her. When I call with some person she tell me "You can not recovery nothing for workers compensation the file is closed". CLAIM NUM. 10058087
Day Injured 12/07/2020
Only paid for millage.
Able to return to modified duty from 12/16/2019 for 2 weeks. with Temporary restrictions.


FIRED January 27 2020 return the next month for payment of termination But in around two months I Develop Disability in the Left Shoulder because the unpleaseant job made in the time calv department reviewing woms, helping calv cows and review the positions and be correctly in the way the cow born it baby calfs. All are follow order for Mr Dennis Willbert Koolstra.
I take appointment in the CLINICA TEPEYAC  addressed in Denver Co. when Dr said I need surgery because suffer Left Shoulder Injury Rotator Cuff problem. Caused damaged the included repetitive arm activities specially those done overhead under duty Reproductive assistance to calv cows  – ordered for Dennis Willbert Koolstra and Managers making assistance in helping cows calving, review state empty wom and load in and load out bags of Salt Bicarbonate in pens. I do not have TO INSURANCE PROTECTION for get the surgery made. This company can not protect me but I been discriminataded them knows I develop this injured for my duty made follow order of Dennis Willbert Koolstra.


This case of Discrimination Must still included a Broken ligaments of the left Knee in 2015 when I treat heifers by my self order for Mr Dennis Wilbert Koolstra.

## E.   ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

___X___ Yes (*You must attach a copy of the administrative charge to this complaint*)

_____ No

Have you received a notice of right to sue? (*check one*)

___X___ Yes (*You must attach a copy of the notice of right to sue to this complaint*)

_____ No

## F.   REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."*
Additional paper is attached.

## G.   PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

03/29/2021
_____
(Date)

(Form Revised December 2017)

4

Case 1:21-cv-00904-GPG Document 1 Filed 03/29/21 USDC Colorado Page 10 of 22

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>541-2021-00326<br>and EEOC |
|---|---|---|

Colorado Civil Rights Division
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Mr. Aurelio Galindo** | Home Phone (Incl. Area Code)<br>**(979) 943-3116** | Date of Birth<br>**1956** |
|---|---|---|

Street Address  City, State and ZIP Code
**411 W. Platte Ave. Unit A, Mail Box 261, Fort Morgan, CO 80701**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>**DAISY LANE DAIRY** | No. Employees, Members<br>**15 - 100** | Phone No. (Include Area Code)<br>**(970) 532-4006** |
|---|---|---|

Street Address  City, State and ZIP Code
**4420 Cr 13, Cope, CO 80812**

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|

Street Address  City, State and ZIP Code

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☒ RELIGION ☒ NATIONAL ORIGIN ☒ RETALIATION ☒ AGE ☒ DISABILITY ☐ GENETIC INFORMATION ☐ OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest **12-07-2019**  Latest **01-27-2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I was hired by the above employer on or about February 16, 2014 and was a Caretaker for cows. For the last several years of my employment, I was subjected to harassment due to my age and other reasons. For example, on multiple occasions, a coworker insulted me and called me "old" and engaged in offensive sexual discussions at work. My managers were aware of the harassment but did not stop it. I was subjected to additional harassment and defamation, including identify theft. I was not selected for several promotions to management positions due to my age and because I was not the same religion as the Owners. I developed disabilities after being injured at work. I was given the most difficult and unpleasant tasks in an effort to get me to quit. The Owners had promised to help me obtain my legal residency, but they retracted their offer after my complaints. On or about January 27, 2020, I felt I had no choice but to resign after I was subjected to further harassment and my position was filled by another person.

I believe that I have been discriminated against because of my national origin (Mexico), sex (male),

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

12.04.2020
Date   Charging Party Signature
HVZ AUKELD GNINDI

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA | |
| | ☒ EEOC | 541-2021-00326 |

**Colorado Civil Rights Division** and EEOC

*State or local Agency, if any*

and religion (Catholic) in violation of Title VII of the Civil Rights Act of 1964, as amended; because of my age (64), in violation of the Age Discrimination in Employment Act of 1967, as amended; and based on a disability, within the meaning of the Americans with Disabilities Act of 1990 (ADA), as amended, in violation of the ADA.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| | SIGNATURE OF COMPLAINANT |
| 12.04.2020 | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |
| Date        Charging Party Signature        MUZ. AURELIO GLLIANO | |



**U.S. Equal Employment Opportunity Commission**
**Denver Field Office**

303 East 17th Avenue
Suite 410
Denver, CO 80203
(303) 866-1300
TTY (303) 866-1950
Fax: (303) 866-1085

Respondent: DAISY LANE DAIRY
EEOC Charge No.: 541-2021-00326
FEPA Charge No.:

November 24, 2020

Aurelio G. Galindo
411 W. Platte Ave. Unit A
Mail Box 261
Fort Morgan, CO 80701

Dear Mr. Galindo:

This is with reference to your recent written correspondence or intake questionnaire in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[X]   Title VII of the Civil Rights Act of 1964 (Title VII)

[X]   The Age Discrimination in Employment Act (ADEA)

[X]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

[ ]   The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. Because the document that you submitted to us constitutes a charge of employment discrimination, we have complied with the law and notified the employer that you filed a charge. Before we investigate your charge, however, you must sign and return the enclosed Form.

To enable proper handling of this action by the Commission you should:

(1)  Review the enclosed charge form and make corrections.

(2)  Sign and date the charge in the bottom left hand block where I have made an "X". For purposes of meeting the deadline for filing a charge, the date of your original signed document will be retained as the original filing date.

(3)  Return the signed charge to this office.

Before we initiate an investigation, we must receive your signed Charge of Discrimination (EEOC Form 5). Please sign and return the charge within thirty (30) days from the date of this letter. Under EEOC procedures, if we do not hear from you within 30 days or receive your signed charge within 30 days, we are authorized to dismiss your charge and issue you a right to sue letter allowing you to pursue the matter in federal court. Please be aware that after we receive your signed Form 5, the EEOC will send a copy of the charge to Colorado Civil Rights Division 1560 Broadway Street Suite 1050 Denver, CO 80202 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

Please use the "EEOC Charge No." listed at the top of this letter whenever you call us about this charge. Please also notify this office of any change in address or of any prolonged absence from home. Failure to cooperate in this matter may lead to dismissal of the charge.

Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process. If you have any questions, please call me at the number listed below. If you have to call long distance, please call collect.

Sincerely,

RYAN J. CRENNEN-DUNLAP
Investigator
(7874) 520-5626

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s)
Copy of EEOC Form 5, Charge of Discrimination
Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

8 01 866 1854
866 1354

EEOC Form 161 (11/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

| To: Aurelio G. Galindo<br>Privada 5 de Febrero 607<br>San Lorenzo Teotipilco CP 75855<br>Tehuaca, Puebla, Mexico | From: Denver Field Office<br>950 17th Street<br>Suite 300<br>Denver, CO 80202 |
|---|---|

☑ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR § 1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 541-2021-00326 | Phlip Gross,<br>Supervisory Investigator | (303) 866-1318 |

THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other (briefly state)

- NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act**: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA)**: EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

December 31, 2020

Enclosure(s)

Amy Burkholder,
Field Office Director

*(Date Mailed)*

cc:    DAISY LANE DAIRY

F.= REQUEST FOR RELIEF.

Honorable Jeffrey P Colwell Esq.
   Clerk of Court

Pursuing therecovery of the damages the plaintiff I am requesting :

a. Economic Damages ( Lost paid benefits).

Since January 28 2020 to May 31 2022       $ 149,910.00
SS Damage  income                          $  28,968.00
   This income for Retirement must be fixed for the Company must
   to be $ 1,352.00/month since the month of June 2022.
b.- Compensation Damage                     $ 127,000.00

c.- Punitive Damage                         $  20,850.00
d.-Computation BODY DAMAGES                 $ 805,00.00
                                           $ 1,131,728.00

Other things non monetary:

Clean the bad performance in the FILES OF THE COMPANY.
PAID FOR THE GREEN CARD WITH MY LAWYER OF IMMIGRATION.
CESEAD ILLEGAL CONTRACTS AND STOP RETALIATION.
TRAINING THE OWNER TO BE BEST TREATMENT TO NON IMMIGRANTS.
DAISY LANE DAIRY MUST STOP ASSOCIATION WITH CRIMINAL DEEP STATE!

Honorable  Philip A. Brimmer Chief Judge I demanded a JURY
recovery of the Damage.

AURELIO GALINDO BVM.

UNITED DISTRICTS COURT
FOR THE DISTRICT OF COLORADO

Aurelio Galindo
*Plaintiff*
v.

Civil Action
541-2021-00326

Daisy Lane Dairy Inc.
*Defendant*

Honorable Jeffrey P. Colwell Esq.
**Clerk of Court**

Pursuing the Title VII Civil Rights Act , Americans with Disabilities Act ( ADA).the
GINA and ADEA I want to wright computation of my demand

# COMPUTATION OF THE BODY DAMAGES

Settlement value of

a. Left Shoulder Injury Rotator Cuff Problems. Caused damaged the included
   repetitive arm activities specially those those done overhead under duty
   order by Dennis Koolstra and Managers made in  helping calving cows,
   review empty wom and load- in and  load-out Salt Bicarbonate in
   Pens...........................................................................$ 630,000.00

b. Settlement value of Injury Finger right hand.....$ 175,000.00
   Total.................................................................................$805,000.00*

t Truly Yours

**AURELIO GALINDO BVM**
*Privada 5 de Febrero 607*
*San Lorenzo Teotipilco CP 75855*
*Tehuacan,Puebla .Mexico.*
*Phone 52-238-371-3321*
*E-mail: jamilt07@icloud.com*
*E-mail: havana92@icloud.com*

*Ronald V. Miller & Zois. In Injuries value. Phone 800-553-8082.*

**Enclosure: File Pinnacol Assurance.**
**File Clinica Tepeyac.**



**PINNACOL**
ASSURANCE

Additional Resources

December 24, 2019

Claim Number:
**10058087**

Date of Injury:
**12/07/2019**

Your Claims Representative:
**Janet Lee**

AURELIO GALINDO
411 W PLATTE AVE
FORT MORGAN, CO 80701

☎ 303-361-4064          🖶 303-361-5064

✉ janet.lee@pinnacol.com

Now that you've set up your treatment and familiarized yourself with the workers' compensation claims process, we want to tell you about a few more resources.

Pinnacol Assurance
7501 E Lowry Blvd.
Denver, CO 80230
injuredworker.pinnacol.com

**303.361.4000**
Toll Free: 800.873.7242



If any of this information is incorrect, please contact us.

# Included in this Claim Kit:

✅  Changing providers

✅  Injured Worker Portal

### If you need to change medical providers

In some situations, Colorado law entitles you to make a one-time provider change. Contact your claims representative to talk through your options.

WORKING
TOGETHER

Pinnacol will work with you, your providers and your employer throughout the life of your claim. Please reach out to your claims representative with any questions or concerns.

AR 1 of 1
060004910

/27/2020

eCW (Barraza, Angelica )

**Clinica Tepeyac**
5075 LINCOLN ST
DENVER, CO-80216-2015
Tel: 303-458-5302 Fax: 303-433-7452

## RECEIPT OF PAYMENT

Date: 06/27/2020

Received From: Galindo, Aurelio

Amount: 25.00    Payment Type: Cash    Payment Id: 83560

### Charges Detail

| Date | Code Description | Units | Fee | Payment |
|------|------------------|-------|-----|---------|
| 06/27/2020 | 99213 Office Visit, Est Pt., Level 3 | 1.00 | 109.00 | |
| 06/27/2020 | 86769 SARS-CoV-2 Serology (COVID-19) Antibody (IgG) | 1.00 | 58.00 | |
| 06/27/2020 | Patient Payment | | | 25.00 |
| | **Totals** | | **167.00** | **25.00** |

### Account Balance Summary

| | |
|---|---|
| Total Balance: | 142.00 |
| Patient Balance: | 142.00 |
| Insurance Balance: | 0.00 |

## APPOINTMENT CARD

Patient Name: Galindo, Aurelio

Appointment:    Saturday, June 27, 2020 at 10:30 AM

Bonilla, Dora
Clinica Tepeyac
5075 LINCOLN ST
DENVER, CO-80216-2015
Tel:303-458-5302 Fax:303-433-7452

Reason:    BH PRAPARE

Routine For:
Created By: Saint Joseph Hospital



**HOMBRO - 106 Retracción Escapular (Boca Abajo)**

Boca abajo con brazos a los lados del cuerpo. Una los omóplatos y eleve los brazos unos pocos cms. del piso.

Repita __10__ veces por rutina. Realice __2__ rutinas por sesión. Realice __1__ sesiones por día.

**HOMBRO - 108 Retracción Escapular:
Abducción / Extensión (Boca Abajo)**

Boca abajo con brazos extendidos a 90° del cuerpo. Una los omóplatos y eleve los brazos unos pocos cms. del piso.

Repita __10__ veces por rutina. Realice __2__ rutinas por sesión. Realice __1__ sesiones por día.

**HOMBRO - 31 Remar con banda elástica**

Coloque una banda elástica en la puerta, tome ambos extremos. Doble los codos y tire hacia atrás juntando las escápulas.

Mantenga 2 segundos.

Repita __15__ veces.
Haga __2__ sesiones por día.

**HOMBRO - 45 Fortalecimiento: Extensión Resistida**

Sostenga una banda elástica en la mano __derecha__. Lleve el brazo hacia atrás con el codo extendido.

Repita __15__ veces por rutina.
Realice __2__ rutinas por sesión.
Realice __1__ sesiones por día.

**HOMBRO - 57 Ejercicios Escapulares:
Protracción – 90° de Flexión**

Sosteniendo __2__ libras, intente empujar los brazos hacia el techo, manteniendo los codos extendidos y la espalda contra el piso.

Repita __20__ veces por rutina. Realice __2__ rutinas por sesión. Realice __1__ sesiones por día.

**MOVILIZACION DE COLUMNA - 16 Auto-movilización Torácica (Boca Arriba)**

Con una toalla enrollada paralela a la columna en a nivel costillas inferiores, acuéstese sobre la toalla con los brazos extendidos a los lados. Sostenga 5 minutos. Descanse.

Realice 2 sesiones por día.

Copyright © VHI. All rights reserved.



Routine For:
Created By: Saint Joseph Hospital

HEP shoulder impingement Spanish

HOMBRO - 44  Fortalecimiento: Rotación Interna Resistida

Sostenga una banda elástica en la mano izquierda, mantenga el codo pegado al cuerpo, y el antebrazo hacia fuera. Rote el antebrazo hacia adentro.

Repita __15__ veces por rutina.
Realice __2__ rutinas por sesión.
Realice __1__ sesiones por día.

HOMBRO - 43  Fortalecimiento: Rotación Externa Resistida

Sostenga una banda elástica es la mano derecha, mantenga el codo pegado al cuerpo, y el antebrazo a través del mismo. Rote el antebrazo hacia afuera paralelo al piso.

Repita __15__ veces por rutina.
Realice __2__ rutinas por sesión.
Realice __1__ sesiones por día.

EXTREMIDAD SUPERIOR - 6
Presión sobre los hombros en cuatro patas

En cuatro patas, bloquee los codos y haga presión sobre los hombros arqueando la espalda hacia arriba. Vuelva.

Repita __20__ veces o durante __2__ minutos.
Haga __2__ sesiones por día.

COLUMNA CERVICAL - 23  Flexibilidad:
Elongación Trapecio Superior

Tome del lado __derecho__ de la cabeza con una mano, coloque el otro brazo por detrás de la espalda. Incline la cabeza hacia el hombro hasta sentir un estiramiento. Sostenga __30__ segundos.

Repita __3__ veces por rutina.
Realice __1__ rutinas por sesión.
Realice __2__ sesiones por día.

Do not sleep or lay on your shoulder!

Be aware of your posture- gently keep shoulders back and down, especially if using a phone or computer.

copyright © VHI. All rights reserved.

Page 2 of 2

# PLAINTIFF'S CHECKLIST

____/____ 1 original Civil Cover Sheet

____/____ 1 original Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form), if the plaintiff seeks to proceed without payment of the filing fee.  Each plaintiff must complete this form if there is more than one plaintiff.

_____ A check, cash, or credit card payment in the amount of $400.00, if the plaintiff does not seek to proceed without payment of the filing fee.

Complaint
____/____ 1 original
____/____ 1 copy for the plaintiff's records

____/____ 1 Notice of Lawsuit and Request for Waiver and Service of Summons for each defendant (if the defendant is a nongovernmental individual or corporation)

____2____ 2 copies of Waiver of Service of Summons for each defendant

____2____ 2 original Summons in a Civil Action for each defendant

(Rev. 8/24/15)