**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**
*2:00 pm, Apr 26, 2021*
**JEFFREY P. COLWELL, CLERK**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____,
(To be supplied by the court)

AURELIO GALINDO                          Plaintiff

v.

Dennis Willbert Koolstra ,..and                                                   ,

Daisy Lane Dairy Inc.                                                              ,

                                                                                    ,

                                                                , Defendant(s).

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names of the defendants listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## AMENDED EMPLOYMENT DISCRIMINATION COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A. **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

**AURELIO GALINDO BVM. Adress: Privada 5 de Febrero 607. San Lorenzo Teotipilco Cp.75855. Tehuacan,Puebla.Mexico.**

(Name and complete mailing address)
Home Phone: 52 238 371 3321 Cellphone 52 238 189 8696 E-mail sender: jamilt07@icloud.com
E- mail receiver: havana92@icloud.com

(Telephone number and e-mail address)

B.      **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:     Daisy Lane Incorporation 44500 cr. 13 Cope ,CO. 80812
                (Name and complete mailing address)
                970-630-9032 E-mail: daisylanedairy@plainstel.com

                (Telephone number and e-mail address if known)

Defendant 2:    Dennis Willbert Koolstra Address 44500 cr 13 Cope CO. 80812

                (Name and complete mailing address)
                Phone 970 630 9032 E-mail: daisylanedairy@plainstel.com

                (Telephone number and e-mail address if known)

Defendant 3:
                (Name and complete mailing address)


                (Telephone number and e-mail address if known)


Defendant 4:
                (Name and complete mailing address)


                (Telephone number and e-mail address if known)

**C.   JURISDICTION**

*Identify the statutory authority that allows the court to consider your claim(s): (check one)*

__x__   Federal question pursuant to 28 U.S.C. § 1331 (claims arising under the Constitution, laws, or treaties of the United States)

List the specific federal statute, treaty, and/or provision(s) of the United States Constitution that are at issue in this case.
Title VII of the Civil Rights Act of 1964, as amended 42 USC &2000e, et seq.

Age Discrimination in Employment Act as amended,29 USC&621,et seq

American with Disabilities Act as amended 42 USC & 12101,et seq.

__x__   Diversity of citizenship pursuant to 28 U.S.C. § 1332 (a matter between individual or corporate citizens of different states and the amount in controversy exceeds $75,000)

Plaintiff is a citizen of the State of __Puebla, Mexico__.

If Defendant 1 is an individual, Defendant 1 is a citizen of __United States of America__.

If Defendant 1 is a corporation,

Defendant 1 is incorporated under the laws of ___Colorado___
(name of state or foreign nation).

Defendant 1 has its principal place of business in ___Colorado State___
(name of state or foreign nation).

(*If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.*)

D. **STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:      Title VII of the Civil Rights Act of 1964,as amended 42 USC  2000e.,et seq

Supporting facts:

I Aurelio Galindo make a claim of Discrimination in Employment practices in violations of the Title VII of the Civil Rights based in Sex( I am a male) ,religion, national origen under hostile work environment in Daisy Lane Dairy Inc.

Dennis Koolstra made me teaching Aracely for Treat sick cows, sick calf. . Jose Janer and Dennis give the position of Manager of Sick cows, sick calf and, Calved cows, Calving Department them selected her for the top position of the Animal Hospital. Them selected her for her gender arguing 10 years of experience in Yuma Dairy. In December 2017 the 13 Jose Janer and Dennis Koolstra both retaliate me send me a the extreme hostile environment become abusive working environment in the Daisy Lane Dairy in Calving Department .Them bringing me down my position from Manager Assistant to Technician and Dennis said " do your job" calving 1-14 calved cows by day, put bicarbonate 100 bags in the pens and move bed s of sand in barn 1 and 2. Each calved cow needs to be review for me using the left arm.

Dennis contracted June 2019 Joan Sierra. Them created severe and perversive discrimination against me since august 2019 made constructive discharge follow the Injured of my hand the

4

December 07 2019; January 27 2020 day I did not support more the harassment and the abusive work environment in Daisy Lane Dairy because I was being again harassed for Aracely and discriminated when Saul filled my position in the Hospital.

I believe that I was been discriminated because my national origin I am Mexican nonimmigrant and for the religion Catholic Jesuit.

Claim TWO. Age Discrimination in Employment Act of 1967.

I Aurelio Galindo making a claim of Age discrimination in Employment Act of 1967for the reason of my age [ I have 64 years old] retaliation and hostile work environment for the reason of my age Suffer an accident December 07, 2019 in my right hand. January 25 afternoon my pickup truck was broken send notice to Joan Sierra. Never respond the Monday 27 2020 my position has been filled for Saul and I been force resign because the constructive discharge of Dennis Koolstra. For my age has being not selected for a promotion to be a Manager In calf selected Oscar Nevarez., In Production of Milk selected Gabriel Gamboa and the Animal Hospital selected Aracely Estrada I believe I have the qualifications for the Job.

CLAIM 3.-Americans with Disabilities Act of 1990.

I Aurelio Galindo has being worked in hostile and unpleasant environment for the duty assigned the Calving Department since December 13, 2017 because Dennis Koolstra bringing me down in my position of Manager Assistant to Calving Technician. Develop Left Shoulder Injury Rotator Cuff Problem that needs surgery. Before I broken one finger on December 07, 2019 I do not have accommodations continuing to work. Discrimination in Employment for Disability that I

5

Each calved cow needs to be review if not have another baby calf-needs not pregnant-

I become Disabled for my left shoulder develop Left Shoulder Injury Rotator Cuff Problem because the handled of the calved cows.

Hazard Environment in Daisy Lane Dairy Inc. for Body Damage.

1.-Handled heifers by myself is a hostile environment; one heifer in 2016 broken me a ligament of Left Knee I have being treated in Yuma County Hospital with success for walk and run.

2.- Calving Department need a people strong for pick up the baby calf and to help calving cows Needs to use the arms in the vow for help the cow. Each cow needs review that do not have baby calf.in 12 hours you can expect 1 to 14 calving cows must be reviewed each one. This is the duty that give me Dennis Wilbert Koolstra the December 13 2017.In two years I develop Left Shoulder Injury Rotator Problems.

3.- On December 07 2019 a cow broken me one finger of the right hand. I said Dennis but continuing working when December 14 broken again the same when the December /16/2019 send me to the hospital and continuing working able to return to work with modified duty. Pinnacol Assurance Claim 10058087 closed early the case. Only paid for travel expenses

## CONCLUSION

I Aurelio Galindo was hired for Dennis Willbert Koolstra y/o Daisy Lane Dairy Inc. On about February 16, 2014 and was a caretaker for cows. For the las several years of my employment I was subject to harassment due to my age and other reasons. For Example, on multiple occasions a coworker insulted me called me "old" and engaged in offensive sexual discussions at work in the Animal Hospital. My managers were aware of the harassment but did not stop it. I was subject to additional harassment and defamation, included Identity Theft. I was not selected for several

promotions to management level positions due to my age and because I did not the same religion as the owner. I develop disabilities after being injured at work. I was given the most difficult and unpleasant task to get me to quit. The owner has promised to help me obtain my legal residence with green card, but him retracted the offer after my compliant for Identity Theft and IER compliant. On or about January 27, 2020 I felt I had no choice but to resign after I was subject to further harassment and my position was filler for another person called SAUL.

I believe that I was been discriminated against because my national Origen (Mexican Puebla State,) Sex (Male) and religion (Catholic Jesuits) in Violations of the Title VII of the Civil Rights Act of 1964, as amended, because of my age (64 years old) in Violations of the Age Discrimination in Employment Act of 1967, as amended and based on disability develop at work, within the meaning of the Americans with Disabilities Act of 1990 (ADA)  IN violations of ADA.

### E.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed to identify the relief you are requesting, use extra paper to request relief.  Please indicate that additional paper is attached and label the additional pages regarding relief as "E. REQUEST FOR RELIEF."*

Additional paper is attached

### F.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

  (Plaintiff's signature)

    04/26/2021
     (Date)

(Form Revised December 2017)

Honorable Magistrate Judge Sir Gordon P. Gallagher

Pursuing the recovery of the damage the Plaintiff request:

| Concept | No. | Value/hr.[$] | Amount [$] |
|---|---|---|---|
| a. Economic Damages | 7890 hours/total<br>3724-year 2020<br>4015-year 2021<br>151years 2022 | 19 | 149,910.00 |
| b. Fixed Social Security Income X Retirement | 11 months 2020<br>12 months 2021<br>05 months 2022 | 544<br>1352<br>1352 | 5984<br>16,224<br>6760<br>$ 28,968 total |
| c. Compensation Damage Home Pick Up | Home<br>Suzuki | | 98,000.00<br>29,000.00<br>$ 127,000.00 total |
| d.- Punitive Damage | 1 | | $ 20,850.00 |
| e.- Computation Body Damages | 1 Left S.I. R.C.P.<br>1 Injured Finger | 630,000.00<br>175,000.00 | $ 630,000.00<br>$ 175,000.00<br>$ 805,000.00 total |
| Balance | | | $ 1,131,728.00 |
| | | | |

Petition non-Monetary:

Release W-2 Form 2020 to my address.
Stop Retaliation of Cyber-crime and Identity Theft.
Paid Green Card with Immigration Attorney Law Firm.
Paid for Green Card for the 32 Workers and Family.
Request better treatment for non-immigrant workers
Stop Criminal Association with Deep State Fellows


Truly Yours




AURELIO GALINDO VBM.

9